Stuart W. Miller (CA State Bar No. 127766)
Kathleen D. Poole (CA State Bar No. 228815)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
stuartmiller@dwt.com
kathleenpoole@dwt.com

Attorneys for Defendants
Amdocs, Inc. and Amdocs BCS, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Scott M. Pierson and Michael J. Sander, | Case No. 2:07-cv-2392 |
| Plaintiffs, | **Stipulation to Continue Initial Scheduling Conference and [Proposed] Order** |
| v. | |
| DST Innovis, Amdocs, Inc., and Amdocs, Inc. as successor in interest to DST Innovis, | Initial Scheduling Conference set for December 17, 2007 at 2:00 p.m. |
| | The Hon. William B. Shubb |
| Defendants. | |

1. Whereas, this action was removed to the U.S. District Court for the Eastern District of California on November 7, 2007, and assigned to this Court on that same day;

2. Whereas, this Court issued an Order Setting Initial Scheduling Conference ("Order") on November 7, 2007, that set the Initial Scheduling Conference for December 17, 2007, at 2:00 p.m.;

3. Whereas, the parties wish to attempt informal resolution of this case, have been discussing potential settlement, and desire to postpone the Initial Scheduling Conference to

1  provide the parties with sufficient additional time to enable the parties to engage in settlement
2  discussions;

3      4.    Whereas, Defendant's counsel contacted the Clerk of this Court, who stated that
4  March 10, 2008 was an available date on this Court's calendar;

5      IT IS HEREBY STIPULATED AND AGREED, subject to approval of this Court, that the
6  Initial Scheduling Conference currently scheduled for December 17, 2007 should be continued
7  until March 10, 2008, at 2:00 p.m., or such other date that the Court deems appropriate; and the
8  parties' obligations under Rule 26, discovery, and all further proceedings in the trial court should
9  be stayed accordingly.

10 DATED this 19th day of November 2007.

Respectfully submitted,

**Error! Unknown document property name.**

By: */s/ Kathleen D. Poole*
    Kathleen D. Poole
    Attorney for Defendants
    Amdocs BCS, Inc. and Amdocs, Inc.

MASON & THOMAS

By: */s/ Robert G. Kruse*
    Robert G. Kruse
    Attorney for Plaintiffs
    Scott Pierson and Michael Sander

**ORDER**

Having considered the foregoing Stipulation, IT IS ORDERED that the Initial Scheduling Conference currently scheduled for December 17, 2007 be continued until **March 10, 2008, at 2:00 p.m**

DATED: November 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP

2

STIPULATION AND [PROPOSED] ORDER
SFO 386903v1 0057838-000006