Stuart W. Miller (CA State Bar No. 127766)
Kathleen D. Poole (CA State Bar No. 228815)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
stuartmiller@dwt.com
kathleenpoole@dwt.com

Attorneys for Defendants
Amdocs, Inc. and Amdocs BCS, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Scott M. Pierson and Michael J. Sander,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DST Innovis, Amdocs, Inc., and Amdocs, Inc. as successor in interest to DST Innovis,<br><br>　　　　　　　　Defendants. | Case No. 2:07-cv-2392<br><br>**Stipulation to Continue Initial Scheduling Conference and [~~Proposed~~] Order**<br><br>Initial Scheduling Conference set for March 10, 2008 at 2:00 p.m.<br><br>The Hon. William B. Shubb |

　　　1.　　Whereas, this action was removed to the U.S. District Court for the Eastern District of California on November 7, 2007, and assigned to this Court on that same day;

　　　2.　　Whereas, upon request of the parties, this Court issued an Order continuing the Initial Scheduling Conference until March 10, 2008, at 2:00 p.m., to allow the parties to attempt informal resolution of the case;

　　　3.　　Whereas, the parties have made substantial progress in settlement discussions;

　　　4.　　Whereas, the parties desire to postpone the Initial Scheduling Conference for sufficient time to allow the parties to finalize a settlement;

IT IS HEREBY STIPULATED AND AGREED, subject to approval of this Court, that the Initial Scheduling Conference currently scheduled for March 10, 2008 should be continued until April 14, 2008 at 2:00 p.m., or such other date that the Court deems appropriate; and the parties' obligations under Rule 26, discovery, and all further proceedings in the trial court should be stayed accordingly.

DATED this 21st day of February 2008.

        Respectfully submitted,

        **Error! Unknown document property name.**

        By:  */s/ Kathleen D. Poole*
              Kathleen D. Poole
              Attorney for Defendants
              Amdocs BCS, Inc. and Amdocs, Inc.

        MASON & THOMAS

        By:  */s/ Robert G. Kruse*
              Robert G. Kruse
              Attorney for Plaintiffs
              Scott Pierson and Michael Sander

### ORDER

Having considered the foregoing Stipulation, IT IS ORDERED that the Initial Scheduling Conference currently scheduled for March 10, 2008 be continued until **April 21, 2008 at 2:00 p.m.**

DATED:   February 25, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP