Stuart W. Miller (CA State Bar No. 127766)
Kathleen D. Poole (CA State Bar No. 228815)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
stuartmiller@dwt.com
kathleenpoole@dwt.com

Attorneys for Defendants
Amdocs, Inc. and Amdocs BCS, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Scott M. Pierson and Michael J. Sander, | Case No. 2:07-cv-2392 |
| Plaintiffs, | **Stipulation to Continue Initial Scheduling Conference and [Proposed] Order** |
| v. | |
| DST Innovis, Amdocs, Inc., and Amdocs, Inc. as successor in interest to DST Innovis, | Initial Scheduling Conference set for April 21, 2008 at 2:00 p.m. |
| | The Hon. William B. Shubb |
| Defendants. | |

1.      Whereas, this action was removed to the U.S. District Court for the Eastern District of California on November 7, 2007, and assigned to this Court on that same day;

2.      Whereas, upon request of the parties, this Court issued an Order continuing the Initial Scheduling Conference until March 10, 2008, at 2:00 p.m., to allow the parties to attempt informal resolution of the case;

3.      Whereas, upon request of the parties, this Court issued a second Order further continuing the Initial Scheduling Conference until April 21, 2008, at 2:00 p.m., to allow the parties to complete informal resolution of the case;

STIPULATION AND [PROPOSED] ORDER
SFO 386903v3 0057838-000006

4. Whereas, the parties have made substantial progress in settlement discussions, and have made seven rounds of settlement offers and counter-offers, but require more time to complete the settlement;

5. Whereas, the parties desire to postpone the Initial Scheduling Conference for sufficient time to allow the parties to finalize a settlement;

IT IS HEREBY STIPULATED AND AGREED, subject to approval of this Court, that the Initial Scheduling Conference currently scheduled for April 21, 2008 should be continued until June 16, 2008 at 2:00 p.m., or such other date that the Court deems appropriate; and the parties' obligations under Rule 26, discovery, and all further proceedings in the trial court should be stayed accordingly.

DATED this 7th day of April 2008.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Kathleen D. Poole*
Kathleen D. Poole
Attorney for Defendants
Amdocs BCS, Inc. and Amdocs, Inc.

MASON & THOMAS

By: */s/ Robert G. Kruse*
Robert G. Kruse
Attorney for Plaintiffs
Scott Pierson and Michael Sander

**ORDER**

Having considered the foregoing Stipulation, IT IS ORDERED that the Initial Scheduling Conference currently scheduled for April 21, 2008 be continued until June 16, 2008 at 2:00 p.m.

DATED: April 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER
SFO 386903v3 0057838-000006