Stuart W. Miller (CA State Bar No. 127766)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
stuartmiller@dwt.com


Attorneys for Defendants
Amdocs, Inc. and Amdocs BCS, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Scott M. Pierson and Michael J. Sander, | Case No. 2:07-cv-2392 |
| Plaintiffs, | **STIPULATION TO CONTINUE DATE FOR FILING DISPOSITION DOCUMENTS AND [PROPOSED] ORDER** |
| v. | |
| DST Innovis, Amdocs, Inc., and Amdocs, Inc. as successor in interest to DST Innovis, | The Hon. William B. Shubb |
| Defendants. | |

The parties have reached a tentative settlement.  By Minute Order dated June 25, 2008, the Court notified the parties that the time to submit their disposition documents pursuant to Local Rule 16-160(b) was extended from June 25, 2008 to July 25, 2008.  The parties are diligently

//

//

STIPULATION AND [PROPOSED] ORDER
DWT 11562924v1 0057838-000006

completing negotiations of the terms of the settlement agreement and related papers, and request a further extension, to August 25, 2008, to submit their disposition documents to the Court.

DATED this 22d of July 2008.

          Respectfully submitted,

          DAVIS WRIGHT TREMAINE LLP

          By: _/S/ Stuart W. Miller_____
               Stuart W. Miller
               Attorney for Defendants
               Amdocs BCS, Inc. and Amdocs, Inc.

          MASON & THOMAS

          By: _/S/ Robert G. Kruse_____
               Robert G. Kruse
               Attorney for Plaintiffs
               Scott Pierson and Michael Sander

## ORDER

Having considered the foregoing Stipulation to Continue Date for Filing Disposition Documents, IT IS ORDERED that the parties shall file their disposition documents by August 25, 2008.

DATED: July 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE