**Bradley S. Thomas, SBN 78946**
**Robert G. Kruse, SBN 109342**
**MASON • THOMAS**
Attorneys at Law
2840 Fifth Street
Davis, CA 95618
Telephone:   (530) 757-0883
Facsimile:   (530) 757-0895

Attorneys for Plaintiffs **SCOTT M. PIERSON and MICHAEL J. SANDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT M. PIERSON and MICHAEL J. SANDER,<br><br>Plaintiffs,<br><br>vs.<br><br>DST INNOVIS, AMDOCS, INC., and AMDOCS, INC. as successor in interest to DST INNOVIS,<br><br>Defendants._____/ | CASE NO.:   2:07-CV-2392-WBS-GGH<br><br>**STIPULATION TO CONTINUE DATE FOR FILING DISPOSITION DOCUMENTS AND [PROPOSED] ORDER**<br><br>The Honorable William B. Shubb |

The parties have reached a settlement.  Plaintiff SCOTT PIERSON informed his attorney on August 18, 2008, that he was signing the settlement agreement and returning the agreement to his attorney on that day.  The signed agreement has not yet been received by his attorney. Pursuant to the agreement, upon the final signature by plaintiffs, and the passage of a period of revocation right, there are several actions to be accomplished, including an amendment to the Complaint.  The parties believe all actions will be completed before September 25, 2008.

By Minute Order dated June 25, 2008, the Court notified the parties that the time to submit their disposition documents pursuant to Local Rule 16-160(b) was extended from June 25, 2008 to July 25, 2008.  By Minute order dated July 25, 2008, the court extended

1  the time to submit the disposition documents was again extended to August 25, 2008, The
2  parties are diligently completing negotiations and actions required by the terms of the
3  settlement agreement and related papers, and request a further extension, to
4  September 25, 2008, to submit their disposition documents to the Court.

DATED:  August 26, 2008.

Respectfully requested,

**MASON • THOMAS**

By    /s/ Robert G. Kruse
     Robert G. Kruse
     Attorney for Plaintiffs

**DAVIS WRIGHT TREMAINE LLP**

By    /s/ Stuart Wayne Miller
     Stuart Wayne Miller
     Attorney for Defendants
     Amdocs BCS, Inc. and Amdocs, Inc.

### **ORDER**

Having considered the foregoing Stipulation, IT IS ORDERED that the deadline for filing of disposition papers currently set for August 25, 2008, is hereby continued to September 25, 2008.

DATED:  August 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE