1  **Bradley S. Thomas, SBN 78946**
   **Robert G. Kruse, SBN 109342**
2  **MASON • THOMAS**
   Attorneys at Law
3  2840 Fifth Street
   Davis, CA 95618
4  Telephone:   (530) 757-0883
   Facsimile:   (530) 757-0895
5
   Attorneys for Plaintiffs **SCOTT M.**
6  **PIERSON and MICHAEL J. SANDER**

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11 SCOTT M. PIERSON and MICHAEL J.      CASE NO.:    2:07-CV-2392-WBS-GGH
   SANDER,
12                                       **STIPULATION TO FILE**
              Plaintiffs,                **AMENDED COMPLAINT FOR:**
13                                       **(1) VIOLATION OF FAIR LABOR**
       vs.                               **STANDARDS ACT; (2) VIOLATION**
14                                       **OF BUSINESS AND PROFESSIONS**
   DST INNOVIS, AMDOCS, INC., and        **CODE §§ 17200, ET. SEQ.;**
15 AMDOCS BCS, INC. as successor in      **(3) CONVERSION, and TO EXTEND**
   interest to DST INNOVIS,              **DATE TO FILE DISPOSITION PAPERS**
16
              Defendants.                The Honorable William B. Shubb
17 _____/

18      Whereas, SCOTT PIERSON and MICHAEL SANDER filed this action against DST

19 INNOVIS, AMDOCS, INC., and AMDOCS, INC. as successor in interest to DST INNOVIS;

20      Whereas, On or about October 31, 2007, Plaintiffs SCOTT PIERSON and MICHAEL

21 SANDER filed an Amendment to Complaint inserting AMDOCS BCS, INC. for the incorrectly

22 named Defendant AMDOCS, INC. as successor in interest to DST INNOVIS;

23      Whereas, The parties wish to resolve the individual claims of Plaintiffs SCOTT

24 PIERSON and MICHAEL SANDER asserted against AMDOCS, INC. and AMDOCS BCS, INC.

25 as successor in interest to DST INNOVIS;

26      Whereas, AMDOCS, INC., AMDOCS BCS, INC., SCOTT PIERSON and MICHAEL

27 SANDER have determined that the case is not appropriate for class action status;

28      Whereas, by Order entered August 26, 2008, the Court ordered that the deadline

for filing of disposition papers is continued to September 25, 2008, and the parties request an additional 20 days following the filing of the amended complaint  to complete the settlement process pursuant to the settlement agreement,

The parties hereby stipulate to:

1.     The filing of an Amended Complaint to which amends the Complaint to:

A.     Allege the causes of action on behalf of Plaintiffs SCOTT PIERSON and MICHAEL SANDER only,

B.     Delete the references to class action, and

C.     Accurately reflect the status of defendants as AMDOCS, INC., and AMDOCS BCS, INC.

2.     Request the Court approve the filing of, and accept as filed, the Amended Complaint attached hereto.

3.     Request the Court extend the deadline for the parties to file their disposition documents to 20 days following the filing of the amended complaint, while the parties diligently seek to complete the settlement process

DATED:  September 22, 2008.

Respectfully requested,

**MASON · THOMAS**


By ____/s/ Robert G. Kruse_____
        Robert G. Kruse
        Attorney for Plaintiffs


**DAVIS WRIGHT TREMAINE LLP**


By ____/s/ Stuart Wayne Miller_____
        Stuart Wayne Miller
        Attorney for Defendants
        Amdocs BCS, Inc. and Amdocs, Inc.

Stipulation  to File Amended Complaint and to Extend Date to File Disposition Papers

1

## <u>ORDER</u>

2      Having considered the foregoing Stipulation, IT IS ORDERED:

3      1. That the Amended Complaint attached hereto be filed forthwith.

4      2. That the deadline for filing disposition papers is hereby extended to 20 days

5 following the filing of the amended complaint.

6

7      DATED:  September 19, 2008

8

9      _____

10     WILLIAM B. SHUBB
       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation  to File Amended Complaint and to Extend Date to File Disposition Papers